UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-23184-CIV-DIMITROULEAS

KELLY LYLES,

    Plaintiff,
v.

AMERICAN ZURICH INSURANCE COMPANY,

    Defendant.
_____/

**ORDER GRANTING MOTION FOR
EXTENSION OF TIME TO RESPOND TO COMPLAINT**

THIS CAUSE comes before the Court upon the Defendant's Unopposed Motion for Extension of Time to Respond to Complaint [DE 3] (the "Motion"). The Court has carefully reviewed the Motion, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED and ADJUDGED** that the Motion [DE 3] is **GRANTED**. Defendant shall respond to Plaintiff's Complaint on or before **October 28, 2022**.

**DONE and ORDERED** in Chambers at Ft. Lauderdale, Broward County, Florida this 4th day of October, 2022.

_____
WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of record