# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-cv-23184-WPD

KELLY LYLES,

    Plaintiff,

vs.

AMERICAN ZURICH
INSURANCE COMPANY,

    Defendant.

## NOTICE OF APPEARANCE AND NOTICE OF E-MAIL DESIGNATION

**PLEASE TAKE NOTICE** that **DENNIS A. DONET, ESQ.**, of Dennis A. Donet, PA, hereby files this, his Notice of Appearance as Co-Counsel for Plaintiff, **KELLY LYLES**, in connection with any and all proceedings had in the above-styled cause.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Florida Rule of Judicial Administration 2.516, E-Mail addresses for service of all documents required or permitted to be served on all parties in this matter, are as follows:

    Primary E-Mail: Dennis.Donet@Donetlaw.com
    Secondary E-Mail: Vanessa.Ramirez@Donetlaw.com

**DENNIS A. DONET, P.A.**

9100 South Dadeland Boulevard ● Suite 906 ● Miami, FL 33156
Telephone: 305-670-0074 ● Fax: 305-670-0061 ● www.DonetLaw.com

Page | 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of November, 2022, the foregoing Notice of Appearance and Notice of E-Mail Designation was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notice of ECF to counsel of record as listed below:

Jason Michael Chodos, Esq.
Christian Alexander Triay, Esq.
Counsel for Defendant
Zelle LLP
One Southeast 3rd Avenue
Suite 1600
Miami, FL 33131
Email: jchodos@zellelaw.com
Email: Ctriay@zellelaw.com

Carlos Santi, Esq.
*Co-counsel for Plaintiff*
PROPERTY & CASUALTY LAW GROUP
2307 Douglas Rd., Suite 302, Miami, FL 33145
Telephone: (305) 961-1038
Email: csanti@pclawgroup.com

                                                   **DENNIS A. DONET, P.A.**
                                         By: /s/ Dennis A. Donet
                                                   **DENNIS A. DONET, ESQ.**
                                                   Florida Bar No.: 129569
                                                   Co-counsel for Plaintiff, **KELLY LYLES**
                                                   9100 S. Dadeland Blvd., Suite 906
                                                   Miami, FL 33156
                                                   Telephone: (305) 670-0074
                                                   Fax: (305) 670-0061
                                                   Email: dennis.donet@donetlaw.com